No. 312, October Term, 1955. UNITED STATES *v.* OHIO POWER Co. The motion to vacate the order of June 11, 1956, 351 U. S. 980, and to dismiss the petition for rehearing is denied.

No. 319, Misc. HOUSTON *v.* TEXAS. Motion for leave to file petition for writ of error *coram nobis* denied. *Preston Pope Reynolds* for petitioner.

No. 366. ANDREW G. NELSON, INC., *v.* UNITED STATES ET AL. Appeal from the United States District Court for the Northern District of Illinois. Probable jurisdiction noted. *Victor L. Lewis, Paul E. Blanchard* and *Edward W. Rothe* for appellant. *Solicitor General Rankin, Assistant Attorney General Hansen, Daniel M. Friedman* and *Robert W. Ginnane* for the United States and the Interstate Commerce Commission, appellees.

No. 423. GOVERNMENT AND CIVIC EMPLOYEES ORGANIZING COMMITTEE, CIO, ET AL. *v.* WINDSOR ET AL. Appeal from the United States District Court for the Northern District of Alabama. Probable jurisdiction noted. MR. JUSTICE BLACK took no part in the consideration or decision of this question. *Arthur J. Goldberg, David E. Feller* and *Herbert S. Thatcher* for appellants. *John Patterson,* Attorney General of Alabama, and *Gordon Madison* and *William N. McQueen,* Assistant Attorneys General, for appellees.

No. 407. SERVICE *v.* DULLES ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Warner W. Gardner* for petitioner. *Solicitor General Rankin, Assistant Attorney General*